UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RODGER N. BUTLER,

     Plaintiff,

v.                                                    Case No. 3:17cv366-LC-CJK

STATE OF FLORIDA,

     Defendant.
_____/

ORDER and
REPORT AND RECOMMENDATION

This matter is before the court on plaintiff's "Motion to Strike Case" (doc. 7), which the court construes as a notice of voluntary dismissal. The undersigned previously entered a report on June 5, 2017, recommending that this case be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) due to plaintiff's failure to state a claim on which relief may be granted. Nevertheless, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Thus, the June 5, 2017 Report and Recommendation should be vacated and this case should be dismissed without prejudice under Fed. R. Civ. Pro. 41.

Accordingly, it is ORDERED:

1.      The June 5, 2017 Report and Recommendation (doc. 5) is VACATED.

And it is respectfully RECOMMENDED:

1.      That this action be DISMISSED WITHOUT PREJUDICE pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i).

2.      That the clerk be directed to close the file.

At Pensacola, Florida, this  29th  day of June, 2017.


*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


<u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.   A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:17cv366-LC-CJK