UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RODGER N. BUTLER,

    Plaintiff,

v.                                             Case No. 3:17cv366-LC-CJK

STATE OF FLORIDA,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 29, 2017 (doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of July, 2017.

       *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**